NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| JOSEPH F. BEDITS a/k/a JOSEPH BEDITS a/k/a JOE F. BEDITS; and SONJA M. BEDITS a/k/a SONJA BEDITS; | ) ) ) ) ) |
| Appellants, | ) ) |
| v. | ) ) Case No. 2D18-3101 |
| THE BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-AA7, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement; and HSBC MORTGAGE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Appellees. | ) ) ) |

Opinion filed May 15, 2019.

Appeal from the Circuit Court for
Pinellas County; George M. Jirotka,
Judge.

Julius Adams of The Ticktin Law
Group, PLLC, Deerfield Beach, for
Appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; and William P. Heller of Akerman LLP, Fort Lauderdale, for Appellee the Bank of New York Mellon.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.